

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 19 AM 10:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Rocio Selene ROSALES (D1)** )<br>**Daisy Veronica FIERROS-Gonzalez (D2)** )<br>)<br>Defendants, )<br>)<br>_____ ) | Magistrate Case No. **'08 MJ 0460**<br>DEPUTY<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(iii)<br>Bringing in Illegal Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about **February 18, 2008,** within the Southern District of California, defendants **Rocio Selene ROSALES (D1)** and **Daisy Veronica FIERROS-Gonzalez (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Ana Maria RAMIREZ-Chavez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **19th** day of **February, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Ana Maria RAMIREZ-Chavez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 18, 2008 at approximately 6:59 AM **Rocio Selene ROSALES (Defendant 1)** made application for admission into the United States at the San Ysidro Port of Entry as the driver of a gray 2004 Nissan Altima. Defendant was accompanied by passenger **Daisy Veronica FIERROS-Gonzalez (Defendant 2)**. Defendant 1 and Defendant 2 were the only visible occupants of the vehicle. A U.S. Customs and Border Protection (CBP) Officer received negative declarations from Defendant 1 and Defendant 2. Defendant 1 presented an expired military dependant identification card with a California birth certificate. Defendant 2 presented a valid California identification card with a California birth certificate. Defendant 1 stated her brother owned the vehicle and presented the registration. Defendant 1 stated she was going to San Diego, California. The CBP Officer received a computer generated referral and referred the vehicle and its occupants to secondary for further inspection.

During secondary inspection, a CBP Officer discovered a human being concealed inside the vehicle's dashboard. The individual's upper half of the body was concealed inside a hallowed dashboard, while the lower half of the body was in the foot rest area of the front passenger seat covered with a black piece of cloth. A CBP Officer assisted in removing the individual concealed inside the modified dashboard. The individual was determined to be a citizen of Mexico with no entitlements to enter the United States. The individual was retained as a Material Witness and is now identified as **Ana Maria RAMIREZ-Chavez (Material Witness)**.

During a video recorded interview, Defendant 1 was advised of her Miranda Rights, acknowledged her rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed alien. Defendant 1 stated she conspired with Defendant 2 to smuggle a person into the United States.

During a video recorded interview, Defendant 2 was advised of her Miranda Rights, acknowledged her rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed alien. Defendant 2 stated she conspired with Defendant 1 to smuggle a person into the United States.

During a separate recorded interview, Material Witness declared she is a citizen of Mexico without legal rights or documents to enter the United States. Material Witness stated her sister was going to pay an unknown amount of money for her to be smuggled into the United States. Material Witness stated she was going to Los Angeles, California.

2/19/08