| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | A. DALE BLANKENSHIP |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 235960 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6199 / Fax: (619) 235-2757 |
|   | Email: Dale.Blankenship@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

|   |   |   |   |
|---|---|---|---|
| 8 | | UNITED STATES DISTRICT COURT | |
| 9 | | SOUTHERN DISTRICT OF CALIFORNIA | |
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0590-JM |
|    |                           | ) | |
| 11 |                Plaintiff, | ) | |
|    |                           | ) | NOTICE OF APPEARANCE |
| 12 |                v.         | ) | |
|    |                           | ) | |
| 13 | ROCIO SELENE ROSALES, et al., | ) | |
|    |                           | ) | |
| 14 |                Defendants. | ) | |

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18  case.  I certify that I am admitted to practice in this court or authorized to practice under

19  CivLR 83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or

21  authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

22  listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic

23  Filings relating to activity in this case:

24      <u>Name</u> (If none, enter "None" below)

25      None.

26  //

27  //

28  //

1  |  Effective this date, <u>the following attorneys are no longer associated with this case</u> and
2  |  should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if
3  |  the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate
4  |  this association):
5  |  <u>Name</u> (If none, enter "None" below)
6  |  None.
7  |  Please call me if you have any questions about this notice.
8  |  DATED: May 14, 2008
9  |      Respectfully submitted,
10 |      KAREN P. HEWITT
    United States Attorney
11 |      /s/ *A. Dale Blankenship*
    A. DALE BLANKENSHIP
12 |      Assistant United States Attorney
    Attorneys for Plaintiff
13 |      United States of America
    Email: Dale.Blankenship@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-0590-JM |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| ROCIO SELENE ROSALES, et al. ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, A. DALE BLANKENSHIP, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
    I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.     Robert Schlein,  Robert@rcslaw.org
2.     Steven Hoffman  hbfandjm@aol.com
3.     Ciro Hernandez  Cirolaw@aol.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 14, 2008.

                                                /s/*A. Dale Blankenship*
                                                A. DALE BLANKENSHIP
                                                Assistant U.S. Attorney